UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Craig Gerald Lane, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-CV-13091-AK |
| v. ) | |
| ) | |
| Commonwealth of Massachusetts Essex ) | |
| ) | |
| County Sheriff's Department, et al ) | |
| Defendant (s). ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 18] entered on 7/25/2025 it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 7/25/2025                                          By the Court,

                                                          /s/ Courtney Horvath
                                                          Deputy Clerk